Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-Mail: lhandley@aldridgepite.com

*Attorneys for Plaintiff:*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>JONG BEOM PARK, an individual,<br><br>Defendant. | Case No. 2:17-cv-01508-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), and Defendant JONG BEOM PARK ("Park"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Fannie Mae's Reply in Support of Motion for Summary Judgment (ECF No. 17) as follows:

1. Fannie Mae filed its Motion for Summary Judgment on February 28, 2018. (*See* ECF No. 17).

2. Park filed his Response/Opposition to Motion for Summary Judgment on March 12, 2018. (*See* ECF No. 18).

3. Fannie Mae's Reply in Support of Motion for Summary Judgment is currently due on March 26, 2018.

4. Due to the volume of litigated cases involving Fannie Mae, and scheduling conflicts with such other cases, Fannie Mae is unable to comply with the current Reply brief deadline.

5. Accordingly, Fannie Mae and Park agree to extend the Reply brief deadline one week through April 2, 2018.

6. Fannie Mae and Park enter into this stipulation in good faith, and not for purposes of undue delay.

IT IS SO STIPULATED AND AGREED.

Dated this 26th day of March, 2018

ALDRIDGE PITE, LLP

/s/ Jory C. Garabedian

Jory C. Garabedian
Nevada Bar No. 10352
*Attorneys for Plaintiff*
*Federal National Mortgage Association*

KANG & ASSOCIATES, PLLC

*Patrick W. Kang*

Patrick W. Kang
Nevada Bar No. 10381
*Attorney for Defendant*
*Jong Beom Park*

**IT IS SO ORDERED:**

U.S. DISTRICT COURT JUDGE

Dated: 3/26/2018