# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiff,<br><br>v.<br><br>JONG BEOM PARK,<br><br>        Defendant. | Case No. 2:17-cv-01508-APG-PAL<br><br>**ORDER DIRECTING JUDGMENT BE ENTERED** |

I previously granted plaintiff Federal National Mortgage Association's motion for summary judgment and declared that the deed of trust still encumbers the property located at 3151 Twilight Hills Ave in Henderson, Nevada. ECF No. 22. Given this ruling, I directed the parties to file a joint status report regarding what remains of the case. *Id.* at 4. The parties responded by requesting that I enter judgment in favor of the plaintiff. ECF No. 23.

IT IS THEREFORE ORDERED that the clerk of court is instructed to enter judgment in favor of plaintiff Federal National Mortgage Association and against Jong Beom Park.

DATED this 25th day of May, 2018.

                                                                                                ANDREW P. GORDON
                                                                              UNITED STATES DISTRICT JUDGE